IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LINDA SUE MORGAN,**

      **Plaintiff,**

  vs.                                                Civil Action 2:08-CV-1108
                                                          Judge Holschuh
                                                          Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

      **Defendant.**

## ORDER

      On January 20, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that the matter be remanded to the Commissioner for further consideration of plaintiff's application for the period after September 6, 2005. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

      The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is hereby **REVERSED** and this matter is **REMANDED** to the Commissioner for further consideration of plaintiff's application for the period after September 6, 2005.

      The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).


Date: Feburary 11, 2010                    **/s/ John D. Holschuh**
                                                      John D. Holschuh, Judge
                                                      United States District Court